UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES RICHARD HAILE, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLERGAN PLC, BRENTON L. SAUNDERS, PAUL M. BISARO, MARIA TERESA HILADO, and R. TODD JOYCE,<br><br>  Defendants. | 1:16-cv-08661-VEC |

## NOTICE OF VOLUNTARY DISMISSAL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, Haile Jr. v. Allergan PLC, et al., 1:16-cv-08661-VEC, brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Charles Richard Haile, Jr. hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: January 3, 2017
New York, New York

Respectfully submitted,

POMERANTZ LLP

_____
Jeremy A. Lieberman
J. Alexander Hood II

{00225994;1 }

600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email:
jalieberman@pomlaw.com
ahood@pomlaw.com

***Counsel for Plaintiff***